IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | 1 : 15 CR 233 |
| v. | ) ) | CASE NO._____ |
| JACOB B. ROSS, | ) ) | 18 U.S.C. § 1030(a)(5)(A) 18 U.S.C. § 1030(c)(4)(G) |
| Defendant. | ) ) | |

COUNT 1

JUDGE GWIN

The Grand Jury charges:

On or about March 18, 2013, in the Northern District of Ohio, the defendant, Jacob B. Ross, knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and 1030(c)(4)(G).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.